IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON WILLIAM HARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV102 |
| | ) | |
| V. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, NDCS, RANDY KOHL, Dr., Medical Director, and JULIE A. PEW, APRN, | ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) ) | |

Plaintiff filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 25.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint may be filed without payment of fees.

DATED this 15th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge