IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON WILLIAM HARVEY,<br><br>               Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, AND NDCS; and RANDY KOHL, Dr., Medical Director;<br><br>               Defendants. | 8:15CV102<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's Motion (Filing No. 37) for extension of time to file and complete depositions. Plaintiff has filed an interlocutory appeal to the Eighth Circuit in this case. (Filing No. 31.) Accordingly, this court will take no action in this case until after the Eighth Circuit issues a mandate on Plaintiff's interlocutory appeal.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion (Filing No. 37) is denied as moot.

2. The Final Pretrial Conference scheduled for May 25, 2017, (*See* Filing No. 27) is canceled.

2

3. The clerk's office is directed to set a pro se case management deadline using the following text: March 24, 2017, check status of appeal before Eighth Circuit.

Dated this 24th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge